FILED

06/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0145

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA-24-0145

| | |
|---|---|
| HAVILA UNREIN, individually and as Co-Personal Representative of the Estate of CALLYNN HELMSING; JACK HELMSING individually and as Co-Personal Representative of the Estate of CALLYNN HELMSING,<br><br>Appellants,<br><br>v.<br><br>RCHP BILLINGS-MISSOULA, LLC, d/b/a COMMUNITY MEDICAL CENTER<br><br>Appellee. | **ORDER OF DISMISSAL** |

The parties, having advised the Court that they have resolved all claims for both the appeal and the cross-appeal, and good cause shown:

IT IS HEREBY ORDERED that both the appeal and the cross-appeal are dismissed, with each party to bear their own attorney's fees and costs.

DATED this ___ day of June 2024.

For the Court,

By _____
                    Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 25 2024